4/12/11

UNITED STATES BANKRUPTCY COURT
District of Oregon

In re
**Clarence J. Swing**
**Laura Swing**

Debtor(s)

) Case No. **11-60112-fra13**
)
) CHAPTER 13 CONFIRMATION
) WORKSHEET

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
APR 1 2 2011
LODGED_____REC'D_____
PAID_____DOCKETED_____

Trustee: **Fred Long** ✓
Attorney: **PENNY L AUSTIN** ✓
Conf. Hrg Date/Time: **04/12/2011 10:00 AM**

**Present:** Debtor ( ) Jt. Debtor ( ) Attorney ( )
P. Stevens - NW Community C.U.

**Evidentiary Hearing:** [ ] Yes [X] No

**Trustee:**
____ Recommends confirmation/confirmation as amended/modified plan/dismissal
__✓__ Reports plan payments are/are not current
____ Trustee Objection Resolved/Withdrawn

**Dismiss for:**
____ No Preconfirmation Payments/Regular Plan Payments Received by Trustee
____ Trustee Obj. (Failure to file requested docs)
____ Other _____

**Conf/Wage Order Needed:**
____ Fee Reduction of _____

**Order Denying Conf.    Current Plan Date:_____**
____ Plan not feasible/Unable to comply        ____ Days to bring payments current
____ Days to file amended plan                  ____ Days to file requested documents with trustee
____ Days to file tax returns                    ____ Days to file amended Schedules

**Adjourned Conf. Hrg:**
____ Adj'd conf./evidentiary hrg. date: _____
____ Adj'd conf. hrg. can be canceled if obj. is withdrawn
____ Confirmation denied/granted

**NOTES:** PG - NW Comm. C.U. objctn. pending.

PA - amd. plan and amd. schedules to be filed. Working w/ GMAC claim.

PS - conferred w/ Ms. Austin.

CT - file amd. plan in (14) days, Debtors shd use 6-14-11 in Courtroom 6 Eugene, at 10:00 AM as the next confirmation hrg.

_____
Deputy Clerk