ORD (12/1/09) jlw

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

April 15, 2011

Clerk, U.S. Bankruptcy Court

BY **jlw** DEPUTY

In re                                            )
 **Clarence J. Swing**                   ) Case No.  **11–60112–fra13**
 **Laura Swing**                           )
                                                  )
 *Other names used by joint debtor:*Laura Kunau   ) ORDER RETURNING
Debtor(s)                                   ) DOCUMENT(S)
                                                  )
                                                  )
                                                  )

**IT IS ORDERED** that:

1. The **Response to Motion for Relief from Stay by GMAC Mortgage LLC** was/were tendered on **4/14/11** (as evidenced by the date stamped on the document) by **Clarence and Laura Swing** but the original(s) is/are hereby returned to the filer, undocketed, for the reason(s) stated below, will have no legal effect, and you must both: (i) properly refile, and correct if necessary, the original document(s), and (ii) serve those documents again on any parties originally served with a copy of the document before the court will take any action thereon:

    **Your documents/correspondence have been forwarded to your attorney of record for any action that your attorney deems appropriate. In the future it is recommended that you contact your attorney of record prior to your corresponding or filing your documents with the court.**

    [Note: It is highly recommended that you constantly monitor this court's website at www.orb.uscourts.gov in order to stay current regarding updates to local court rules, forms, fees, procedures, etc.]

2. If the original date of tender is critical, the court may consider setting aside this order if the tendering party files with the court, within 7 days of the "Filed" date above, all of the following: (1) a written request for hearing which clearly sets forth all grounds for filing the document as of the original date of tender; (2) a copy of this Order; (3) the complying document(s); and (4) a certification that copies of the request for hearing were served on all parties that were served with a copy of the original noncomplying document(s) named in ¶1 above.

                                                            Clerk, U.S. Bankruptcy Court