```
                          United States Bankruptcy Court
                                District of Oregon
```

In re:                                                          Case No. 11-60112-fra
Clarence J. Swing                                               Chapter 13
Laura Swing
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0979-6          User: annetta              Page 1 of 1              Date Rcvd: Apr 21, 2011
                              Form ID: pdf018            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2011.
db/jdb         +Clarence J. Swing,   Laura Swing,   17479 Hwy. 62,   Eagle Point, OR 97524-4443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              +E-mail/Text: paustin@pennyleeaustin.com Apr 21 2011 23:52:46      PENNY AUSTIN,   Attorney at Law,
               925 W 8th St,   Medford, OR 97501-2907
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 23, 2011**                **Signature:** *Joseph Speetjens*

DISTRICT OF OREGON
F I L E D
April 21, 2011
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

_____
FRANK R. ALLEY
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
District of Oregon

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 11-60112-fra13 |
| Clarence J. Swing ) | |
| Laura Swing ) | ORDER ALLOWING |
| ) | WITHDRAWAL AS |
| Debtor(s) ) | ATTORNEY OF RECORD |

**THIS MATTER** having come before the Court on the Motion to Withdraw as Attorney of Record filed by Penny Lee Austin, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Penny Lee Austin is withdrawn as attorney of record for the debtor and that all further notices be sent directly to Clarence J. Swing and Laura Swing at 17479 Hwy. 62, Eagle Point, OR 97524.

Presented by:

_/s/ Penny Lee Austin_
Penny Lee Austin, OSB #811457

//

Page 1 - ORDER ALLOWING WITHDRAWAL AS ATTORNEY OF RECORD

cc:  Debtor
     Penny L. Austin
     Trustee
     US Trustee