

**Steven W. Pite** *CA/NV/WA*
**John D. Duncan** *CA/TX/WA*
**Peter J. Salmon**
*CA/ID/UT/WA*
**David E. McAllister**
*AZ/CA/HI/OR/UT/WA*
**Laurel I. Handley**
*AZ/CA/ID/NV*
**June A. Mann** *TX*

**Rochelle L. Stanford**
*AZ/CA/OR/WA*
**Josephine E. Salmon**
*AK/AZ/CA/NY*
**Daniel R. Gamez** *CA/TX*
**Eddie R. Jimenez** *CA/NV/TX*
**Susan L. Petit** *AK/CA/WA*
**Douglas A. Toleno** *AZ/CA*
**Cuong M. Nguyen** *CA/NV*
**Casper J. Rankin** *CA/OR*
**Charles A. Correia** *CA*
**Brian A. Paino** *AZ/CA/TX/VA*
**Christopher McDermott** *CA*
**Jillian A. Benbow** *CA*
**Thomas N. Abbott** *CA*
**Drew A. Callahan** *CA*
**Natalie T. Nguyen** *CA*
**Genail M. Anderson** *CA*
**Ellen Cha** *CA/MN*
**Erin L. Laney** *CA*
**John B. Acierno** *CA*
**William L. Partridge** *CA*
**Christopher L. Peterson** *CA*
**Jason W. Short** *CA*
**Jason L. Eliaser** *CA*
**Joseph C. Delmotte** *CA*
**Gabriel Ozel** *CA/NY/TX*
**Balpreet K. Thiara** *CA*
**Elana J. Moeder** *CA*
**Eric J. Testan** *CA*
**Catherine T. Vinh** *CA*
**David M. Liu** *CA*
**Christina M. Harper** *AZ*
**Kyle J. Shelton** *AZ*
**Gregg A. Hubley** *NV*
**Ace C. Van Patten** *ID/NV*
**Beau Bennett** *CA/NV*
**Allison R. Schmidt** *NV*
**Christopher A. J. Swift** *CA/NV*
**Eric A. Marshack** *OR/WA*
**Tracy D. Fink** *TX*
**Claire A. Mock** *CA/TX*
**Spencer Macdonald** *UT*
**Jesse Baker** *OR/UT/WA*
**Adele Vigil Karoum** *NV*
**David J. Boulanger** *OR*
**Carrie Thompson Jones** *AZ*
**Chad L. Butler** *CA*
**Rachel A. DaPena** *AZ/CA*
**Gilbert R. Yabes** *CA*
**Alison C. Lienau** *AZ/CA*
**Matthew M. McArthur** *NV*
**Matthew R. Clark, III** *CA*
**Arnold L. Graff** *CA/WI*
**Rachael R. Whalen** *NY*
**Philip J. Giles** *CA*
**Parada Kovadi** *CA*
**Renee Belcastro**
**Gagan G. Vaideeswaran** *CA*
**Jared D. Bissell** *CA*
**Ben H. Adams** *CA*
**Todd S. Garan** *CA*
**Gemma R. Galeoto** *TX*
**Cara C. Christensen** *WA*
**Aaron M. Hegji** *CA/NV*
**Michael J. Krahenbuhl** *CA*
**David A. DeSoto** *TX*
**Grant M. Tabor** *TX*
**Brandon M. Love** *CA*

**David B. Rosen** HI
*Of Counsel*

*Mailing -Bankruptcy*
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
*Mailing - Unlawful Detainer*
4375 Jutland Drive, Suite 200
P.O. Box 17934
San Diego, CA 92177-0934
*Overnight*
4375 Jutland Drive, Suite 200
San Diego, CA 92117
Ph.: (858) 750-7600
Fax: (619) 590-1385

April 26, 2011

Honorable Frank R. Alley III
United States Bankruptcy Court
District of Oregon - Eugene Division
P.O. Box 1335
Eugene, OR 97440

    Re:    <u>In re Clarence J. Swing and Laura Swing</u>
             U.S. Bankruptcy Case No.: 11-60112-fra13
             Movant: GMAC Mortgage, LLC

Movant hereby consents to an extension for the 30-day period provided for under Section 362(e)(1) of the Bankruptcy Code and requests that the courts set its Motion for relief filed in the above referenced bankruptcy for preliminary hearing on the next available calendar.

Very truly yours,


<u>/s/Jesse A. P. Baker</u>
OSB # 100017

Attorneys licensed to practice in Alaska, Arizona, California, Hawaii
Idaho, Nevada, New York, Oregon, Texas, Utah and Washington
*See above or visit www.piteduncan.com re individual attorney admissions.*