| | | |
|---|---|---|
| NOHRFSM (11/3/08) alp | UNITED STATES BANKRUPTCY COURT<br>District of Oregon | U.S. BANKRUPTCY COURT<br>DISTRICT OF OREGON<br>**F I L E D** |

| | | |
|---|---|---|
| In re<br>**Clarence J. Swing**<br>**Laura Swing**<br><br>*Other names used by joint debtor:* Laura Kunau<br>Debtor(s) | )<br>) Case No. **11−60112−fra13**<br>)<br>)<br>) NOTICE OF<br>) TELEPHONE HEARING<br>) | April 26, 2011<br><br>Clerk, U.S. Bankruptcy Court<br><br>BY **alp** DEPUTY |

**NOTICE IS GIVEN THAT:**

1. A **"MEET−ME"** style **TELEPHONE HEARING,** at which testimony will not be received, will be held:

   **DATE:** 5/3/11  **TIME:** 01:30 PM   **RE:** Notice and Motion for Relief from Stay Filed by Creditor GMAC MORTGAGE, LLC (BAKER, JESSE) and Response Filed by Debtor Clarence J. Swing, Joint Debtor Laura Swing Re: [18] Notice and Motion for Relief from Stay Filed by Creditor GMAC MORTGAGE, LLC (BAKER, JESSE) (alp)

2. **NO LATER THAN THE HEARING TIME SHOWN ABOVE, ALL** participants are **REQUIRED** TO CALL IN **AND CONNECT** to the "MEET−ME" telephone hearing line at **(503) 326−6337.** When connected, **ENTER** the 3−digit *ID No.* **"777"** *followed by* the **"#"** key. Each participant must **ALSO COMPLY WITH EACH HEARING REQUIREMENT LISTED BELOW.** [NOTES: (a) Do NOT call more than 5 minutes before this hearing, AND (b) If you have problems connecting, call the court at either 503−326−1510 for a PORTLAND office case OR 541−431−4005 for a EUGENE office case.]

### "MEET−ME" STYLE TELEPHONE HEARING REQUIREMENTS

Participants **MUST COMPLY WITH EACH REQUIREMENT** listed below:

a. **YOU MUST CALL IN AND CONNECT** to the "Meet−Me" telephone hearing line, **NO LATER THAN THE HEARING TIME and USING the instructions above,** or personally appear in the judge's courtroom. The court will **NOT** call the parties.

b. **DO NOT USE** a SPEAKER PHONE, CELL PHONE **OR** HEADSET! You may be asked to call from another telephone if your phone causes static or has excessive background noise, etc., or the signal is weak or drops.

c. You must take all necessary steps to ELIMINATE BACKGROUND NOISE, such as shutting the door, turning off music, not putting the court on hold if it will result in music or other noise, not talking to third parties, using a "Do Not Disturb" button so the telephone/intercom will not ring, positioning the telephone to minimize paper rustling, and keeping all nonparticipants in the room quiet.

d. DO NOT introduce yourself until the court calls your specific hearing. Simply stay on the line, even if there is only silence, until the judge appears, and then continue to listen quietly until your hearing is called.

e. Whenever speaking, you must first identify yourself.

f. DO NOT be late. The judge will handle late calls the same as (s)he would a late appearance in court. If the case has already been called, the judge will likely decline to revisit any decision that was made when the case was called. Failure of the movant/plaintiff to appear at the scheduled time may result in denial of the relief requested, and failure of the respondent/defendant may result in the court granting the relief requested.

Clerk, U.S. Bankruptcy Court