Jesse A. P. Baker, OSB #100017
E-Mail: jbaker@piteduncan.com
Pite Duncan LLP
9311 SE 36th Street, #100
Mercer Island, WA 98040
Telephone: 206-232-2558
Facsimile: 206 232-2655

Thomas K. Hooper, OSB #772244
E-Mail: thooper@hooplaw.com
Hooper, Englund & Weil, LLP
1001 SW Fifth Avenue, Suite 2150
Portland, OR 97204
Telephone: 503-226-0500
Facsimile: 503-226-7192

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>    Clarence J. Swing<br>    Laura Swing<br><br>                Debtors. | Case No. 11-60112-fra13<br><br>SUBSTITUTION OF ATTORNEYS FOR<br>GMAC MORTGAGE, LLC |

Notice is hereby given that Thomas K. Hooper of Hooper, Englund & Weil LLP, 1001 SW 5th Avenue, Suite 2150, Portland, Oregon 97204, telephone 503-226-0500, is being substituted as the attorney of record of GMAC Mortgage, LLC in the above-captioned case in the place of Jesse A. P. Baker of Pite Duncan LLP.

PITE DUNCAN LLP                                    HOOPER, ENGLUND & WEIL LLP

    /s/ Jesse A. P. Baker                              /s/ Thomas K. Hooper
By: _____              By: _____
    Jesse A. P. Baker, OSB #100017                Thomas K. Hooper, OSB #772244

Page 1 of 1 - SUBSTITUTION OF ATTORNEYS FOR GMAC MORTGAGE, LLC

**HOOPER, ENGLUND & WEIL LLP**
Attorneys at Law
2150 Congress Center
1001 S.W. Fifth Avenue
Portland, Oregon 97204-2150
Telephone (503) 226-0500
Fax (503) 226-7192

**CERTIFICATE OF SERVICE**

1  
2        On July 6, 2011, the foregoing SUBSTITUTION OF ATTORNEYS FOR GMAC
3  MORTGAGE, LLC was served by mail on the following parties:

| | | |
|---|---|---|
| Recovery Mgmt Systems Corp | Clarence J. Swing | Laura Swing |
| 25 SE 2nd Avenue, Suite 1120 | 17479 Hwy. 62 | 17479 Hwy. 62 |
| Miami, FL 33131 | Eagle Point, OR 97524 | Eagle Point, OR 97524 |

and electronically served on the following parties:

| | |
|---|---|
| Scott D. Fink | bronationalecf@weltman.com |
| Fred Long | longeugctmail@qwestoffice.net |
| Patrick L. Stevens | pstevens@eugene-law.com; pmelcher@eugene-law.com; elynch@eugene-law.com |
| US Trustee, Eugene | USTPRegion18.EG.ECF@usdoj.gov |

The following parties are to receive any notices or documents from the court:

| | |
|---|---|
| Thomas K. Hooper | bmail@hooplaw.com |
| Scott D. Fink | bronationalecf@weltman.com |
| Fred Long | longeugctmail@qwestoffice.net |
| Patrick L. Stevens | pstevens@eugene-law.com; pmelcher@eugene-law.com; elynch@eugene-law.com |
| US Trustee, Eugene | USTPRegion18.EG.ECF@usdoj.gov |

/s/ Thomas K. Hooper

Thomas K. Hooper, OSB #772244

**HOOPER, ENGLUND & WEIL LLP**
Attorneys at Law
2150 Congress Center
1001 S.W. Fifth Avenue
Portland, Oregon 97204-2150
Telephone (503) 226-0500
Fax (503) 226-7192