# R<sub>L</sub> RENNIE LAW, LLC

July 5, 2011

United States Bankruptcy Court
District of Oregon
405 E 8th Ave #2600
Eugene, OR 97401

*VIA FIRST CLASS MAIL*

    RE:    Clarence & Laura Swing 11-60112-fra13

To Whom It May Concern:

Debtor's counsel Brandon K. Rennie, respectfully requests that the Court allow counsel to appear by telephone at the Confirmation Hearing scheduled for August 9, 2011 at 10:00 AM, because counsel is located in Medford, Oregon and it would create a hardship if counsel were required to travel to Eugene, Oregon for this hearing.

Please let me know if you have any questions or concerns.

Thank you.

Regards,

*[signature]*

Brandon K. Rennie
Attorney at Law
OSB# 062483
(541) 414-0300
brandon@rennielawoffice.com


BKR/jmt

Enclosure